## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION**

Goldberg v. Fresenius Medical Care Holdings, Inc et al.. )
N.D. California, C.A. No. 4:13-04617 ) MDL No. 2428

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Goldberg*) on October 15, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Goldberg* filed a notice of opposition to the proposed transfer. Plaintiff has withdrawn its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-24" filed on October 15, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Douglas P. Woodlock.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

I hereby certify on 11/12/13 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 11/6/13
☐ original filed in my office on _____

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk